Michael Flanigan
Flanigan & Bataille
1007 West 3rd Avenue, Suite 206
Anchorage, Alaska 99501
Ph: (907) 279-9999
Fax: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com
ATTORNEYS FOR THE PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRISTINA SILCOTT and MILO VUKASIN, individually and as parents and best friend of C.V., a minor, <br><br>   Plaintiff,<br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:16-cv-_____ [     ]<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

COMES NOW, Kristina Silcott and Milo Vukasin, individually and on behalf of C.V. their minor child, by and through counsel, Flanigan & Bataille, and for their complaint, state and allege as follows:

### **JURISDICTION**

1. Plaintiffs are a residents of Anchorage, Alaska.

2. South Central Foundation and Alaska Native Tribal Health Consortium dba Alaska Native Medical Center, is a health organization established under the Indian Self-Determination and Educational Assistance Act, serving Alaska Natives in Alaska.

3. South Central Foundation and Alaska Native Tribal Health Consortium owns and manages Alaska Native Medical Center (ANMC) which is staffed by employees, all of whom were acting in their scope of employment at the time of the events described herein.

4. Any civil action against a tribal organization, or one of its employees acting within the scope of employment, for tort claims resulting from the carrying out of an Indian Self-Determination and Educational Assistance Act ("ISDEA") contract "shall be deemed to be an action against the United States" under the FTCA, Department of the Interior and Related Agencies Appropriations Act of 1991, Pub. L. No. 101- 512, Title III, § 314,104 Stat. 1915, 1959 (Nov. 5,1990) (codified as amended at 25 U.S.C. § 450fnote) [hereinafter Section 314].

5. Plaintiff presented an administrative claim, setting forth the claims contained herein, to the United States Department of Health and Human Services, Indian Health Service and South Central Foundation and Alaska Native Tribal Health, which was denied.

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999   Fax 907-258-3804

6. Therefore, the following described claims are properly brought against the Defendant, under the Federal Tort Claims Act (FTCA) and this Court has jurisdiction over this Complaint pursuant to 28 U.S.C. § 1346,2401, and 2671 et. seq. (FTCA) and 25 U.S.C. § 450f

## ALLEGATIONS OF NEGLIGENCE

7. On 9/14/15, C.V. was receiving dental work at ANMC under anesthesia. While she was unconscious, a bair hugger heater (or similar machine) hose was placed in the vicinity of legs by an ANMC employee without being attached to a thermal blanket. Instead a towel was wrapped around the end of the hose, contrary to protocols and manufacturer's recommendations, by an ANMC employee, which was below the applicable standard of care.

8. As a proximate result of the breach of the standard of case, C.V. received very large and deep burns on her legs, causing her to suffer pain and suffering, disfigurement, the need for additional medical hospitalization and care as well as the costs of future monitoring.

9. As a proximate result of the breach of the standard of care, Milo Vukasin and Kristina Silcott, parents of C.V. suffered emotional distress as a result of the injury to their child.

10. The amount of Plaintiffs' damages will be proven at trial, but in any case to exceed the jurisdictional requirements of this court.

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999  Fax 907-258-3804

11. South Central Foundation and Alaska Native Tribal Health Consortium dba Alaska Native Medical Center is vicariously liable for the breach of the standard of care by its staff employee as described above.

12. The United States of America is legally responsible to pay any and all damages awarded in this case, due to the direct or vicarious negligence of the South Central Foundation and Alaska Native Tribal Health Consortium dba Alaska Native Medical Center staff employees as described above, pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346,2401, and 2671 et seq. and 25 U.S.C. § 450f

## DAMAGES

13. Plaintiff re-alleges the allegations stated in Paragraphs 1-12 above.

14. As a proximate result of the breach of the standard of care by staff employees of South Central Foundation and Alaska Native Tribal Health Consortium dba Alaska Native Medical Center, Plaintiff requests an award of the following damages.

    a. past and future medical expenses;
    b. past and future pain and suffering;
    c. disfigurement

WHEREFORE, plaintiffs, pray for a judgment in their favor and against the Defendant in an amount to be determined by the Court, but to include:

    a,. past and future medical expenses;

b. past and future pain and suffering;

c. disfigurement

d. Such other relief as the Court finds just.

DATED this 7th day of September, 2016 at Anchorage, Alaska.

    FLANIGAN & BATAILLE
    ATTORNEYS FOR PLAINTIFF

    /*s/* Michael W. Flanigan
    ABN #7710114
    1007 W. 3rd Ave., Suite 206
    Anchorage, Alaska, 99517-1014
    (907) 279-9999 Phone
    (907) 258-3804 Fax
    E-Mail: mflanigan@farnorthlaw.com