**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

KRISTINE SILCOTT, et al.,
    Plaintiff,

Case Number 3:16-cv-00209-JWS

v.

UNITED STATES OF AMERICA,
    Defendant.    **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT Plaintiff, Kristine Silcott, et al., recover of defendant, United States of America, the total judgment of $150,000.00, with postjudgment interest thereon at the rate of <u>0.91</u>% as provided by law. The judgment amount is inclusive of all costs and attorney's fees.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

APPROVED:

*s/ John W. Sedwick*
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

Date: March 10, 2017                Lesley K. Allen
                                                  Clerk of Court

[Jmt1-with fees and costs - rev. 1-13-16]